In the Matter of the Claim of FRANK LAMPMAN, Respondent, against LEONARD HOSPITAL et al., Appellants, and SPECIAL FUNDS CONSERVATION COMMITTEE, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ., concur.